Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HYBRID AUDIO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO OF AMERICA INC. and NINTENDO CO., LTD.,<br><br>Defendants. | **Civil Action No. 2:18-cv-450-JLR**<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER** |

The parties stipulate and agree, subject to the approval of the Court, that the time for Defendants Nintendo of America Inc. and Nintendo Co., Ltd ("Nintendo" or "Defendants") to respond to the Complaint shall be extended to October 10, 2018. Pursuant to an agreement between the parties, Nintendo of America Inc. has agreed to accept service of process in this matter for its Japanese parent company, Nintendo Co., Ltd, in exchange for this extension. This extension is not meant for improper delay of this proceeding. The reason for the extension is to provide Defendants additional time to review and investigate the allegations in the Complaint, and for the parties to explore whether early resolution is possible.

STIPULATION AND PROPOSED ORDER
Case No. 2:18-cv-450

1

Law Offices of Timothy J. Warzecha, PLLC
719 Second Avenue, Suite 104
Seattle, Washington 98104
(206) 264-0282

Dated: June 13, 2018

By: /s/ Timothy J. Warzecha
Timothy J. Warzecha WSBA No. 28890
Law Offices of Timothy J. Warzecha, PLLC
719 Second Avenue, Suite 104
Seattle, Washington 98104
Telephone: (206) 264-0282
warzecha@warzecha-law.com

Timothy Devlin (*pro hac vice* to be filed)
Robert Kiddie (*pro hac vice* to be filed)
DEVLIN LAW FIRM LLC
1306 N. Broom St., 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com
rkiddie@devlinlawfirm.com

*Attorneys for Plaintiff Hybrid Audio, LLC*

By: /s/ Grant E. Kinsel
Grant E. Kinsel
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.3516
GKinsel@perkinscoie.com

*Attorneys for Defendants NINTENDO OF AMERICA INC. and NINTENDO CO., LTD.*

### [PROPOSED] ORDER

The Court having considered the Stipulation of the parties, hereby ORDERS that the deadline for Defendants Nintendo of America Inc. and Nintendo Co., Ltd., to answer, move or otherwise respond to the Complaint is extended to October 10, 2018.

DATED this 15th day of June 2018.

_____
U.S. District Court Judge.

2

STIPULATION AND PROPOSED ORDER
Case No. 2:18-cv-450

Law Offices of Timothy J. Warzecha, PLLC
719 Second Avenue, Suite 104
Seattle, Washington 98104
(206) 264-0282