THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYBRID AUDIO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NINTENDO OF AMERICA INC., and NINTENDO CO., LTD.,<br><br>    Defendants. | No. 2:18-cv-450-JLR<br><br>**STIPULATED EXTENSION TO RESPOND AND PROPOSED ORDER THEREON** |

Stipulated Extension
(No. 2:18-cv-450-JLR)

–i–

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1 | Hybrid Audio, LLC ("Hybrid") and Nintendo Co., Ltd. and Nintendo of America Inc.
2 | ("Nintendo") (collectively the "Parties") stipulate as follows:

Nintendo's current deadline to respond to the Complaint is October 10, 2018. The Parties are currently engaged in good-faith settlement discussions and believe that some additional time for Nintendo to respond to the Complaint would benefit those discussions. Therefore, the Parties stipulate to extend the deadline for Nintendo to respond to the Complaint to November 9, 2018. This extension is not meant for improper delay of this proceeding, but rather, to allow the Parties to determine whether resolution of this case is possible.

DATED: October 8, 2018

By: *s/ Grant E. Kinsel*
Grant E. Kinsel, WSBA # 49576
GKinsel@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Defendant NINTENDO CO., LTD., and NINTENDO OF AMERICA INC.

Stipulated Extension
(No. 2:18-cv-450-JLR)

–1–

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

|   |   |   |
|---|---|---|
| 1 | DATED: October 8, 2018 | By: *s/ Timothy J. Warzecha* |
| 2 |  | Timothy J. Warzecha WSBA No. 28890 |
|   |  | Law Offices of Timothy J. Warzecha, PLLC |
| 3 |  | 719 Second Avenue, Suite 104 |
| 4 |  | Seattle, Washington 98104 |
|   |  | Telephone: (206) 264-0282 |
| 5 |  | warzecha@warzecha-law.com |

Timothy Devlin (*pro hac vice* to be filed)
Robert Kiddie (*pro hac vice* to be filed)
DEVLIN LAW FIRM LLC
1306 N. Broom St., 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com
rkiddie@devlinlawfirm.com

Attorneys for Plaintiff HYBRID AUDIO, LLC

## [PROPOSED] ORDER

The Court having considered the Stipulation of the parties, hereby ORDERS that the deadline for Defendants Nintendo of America Inc. and Nintendo Co., Ltd., to respond to the Complaint is extended to November 9, 2018.

DATED this 15th day of Oct., 2018

_____
U.S. District Court Judge.

Stipulated Extension
(No. 2:18-cv-450-JLR)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2018, I caused the foregoing document to be served via electronic transmission to all counsel of record for the parties.

Dated: October 8, 2018

<u>s/ Grant Kinsel</u>
Grant Kinsel, WSBA # 49576
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: GKinsel@perkinscoie.com

CERTIFICATE OF SERVICE
(No.2:18-cv-450-JLR)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000